UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MEGAN HUCKABAY, | Case No. 1:25-cv-00691 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Reuben J. Sheperd |
| JEFFERSON CAPITAL SYSTEMS, LLC, *et al.*, | |
| Defendants. | |

**OPINION AND ORDER**

Plaintiff Megan Huckabay filed a complaint against three Defendants alleging violations of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act. (ECF No. 1.)  On May 20, 2025, Plaintiff moved to dismiss Defendant Jefferson Capital Systems, LLC with prejudice.  (ECF No. 5.)  On June 16, 2025, Plaintiff moved to dismiss Defendant Experian Information Solutions, Inc. with prejudice.  (ECF No. 7.)  On July 18, 2025, Plaintiff filed a notice of dismissal as to Defendant Equifax Information Services, LLC with prejudice.  (ECF No. 8.)

Rule 21 provides that the court may at any time, on just terms, add or drop a party.  Fed. R. Civ. P. 21.  Unless the parties agree otherwise, the Court generally drops a party under Rule 21 without prejudice.  *See Michaels Bldg. Co. v. Ameritrust Co. N.A.*, 848 F.2d 674, 682 (6th Cir. 1988).  Here, Plaintiff moves to dismiss Defendants Jefferson Capital Systems, LLC and Experian Information Solutions, Inc. with prejudice.  (ECF No. 5; ECF No. 7.)  Dismissal of a party under Rule 21 is

committed to the sound discretion of the district court. *Hiller v. HSBC Fin. Corp.*, 589 F. App'x 320, 321 (6th Cir. 2015) (per curiam) (citing *Sutherland v. Michigan Dep't of Treasury*, 344 F.3d 603, 612 (6th Cir. 2003)). Based on the Court's review of the record, and the failure of any party to object, the Court sees no reason not to dismiss Defendants Jefferson Capital Systems, LLC and Experian Information Solutions, Inc. with prejudice.

Plaintiff filed a proposed notice of dismissal with prejudice for Defendant Equifax Information Services, LLC under Rule 41(a)(1)(A)(i). (ECF No. 8.) Because Defendant Equifax Information Services, LLC never appeared in the litigation, the notice is self-executing under the Rule.

For these reasons, the Court **DISMISSES** Defendant Equifax Information Services, LLC **WITH PREJUDICE**, **GRANTS** the motion **DISMISSING** Defendants Jefferson Capital Systems, LLC and Experian Information Solutions, Inc. **WITH PREJUDICE** (ECF No. 5; ECF No. 7), and closes this case.

**SO ORDERED.**

Dated: July 18, 2025

J. Philip Calabrese
United States District Judge
Northern District of Ohio